No. 03–8141.  BARTON v. BREWER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–8145.  SIMMONS v. CASPARI, ASSISTANT DIRECTOR, MISSOURI BOARD OF PROBATION AND PAROLE.  C. A. 8th Cir.  Certiorari denied.

No. 03–8147.  SEALEY v. PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8152.  ROSS v. CIRCUIT COURT OF WEST VIRGINIA, KANAWAH COUNTY.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 03–8153.  RUDDOCK v. MOTE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 03–8154.  STRAUSS v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 03–8155.  REID v. OKLAHOMA PARDON AND PAROLE BOARD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–8156.  SPUCK v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–8165.  FARRELL v. FLANAGAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8168.  DELVAL v. GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8176.  McMAHAN v. BRAVO, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 03–8180.  BROCK v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 03–8187.  McGRAW v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–8189.  SELLS v. WOLFE, WARDEN.  C. A. 6th Cir.  Certiorari denied.